JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 16-09220 BRO | Date | March 9, 2017 |
|---|---|---|---|
| Title | In Re: Justice Investments LLC | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       (IN CHAMBERS)

### ORDER RE DISMISSAL FOR LACK OF PROSECUTION

An Appeal was filed with this Court on December 13, 2016 (Dkt. No. 1)

On January 27, 2017, the Court issued an Order to Show Cause RE: Lack of Prosecution in light of the Appellant's failure to file: 1) the statement of issues on appeal. 2) the notice re reporter's transcript; and, 3) the appeal brief.  The Order specifically warned Appellant that the Court could dismiss this action if good cause was not shown for any extension of time.  Plaintiff was to respond to the Court's Order to Show Cause no later than February 17, 2017.  To date, however, no response to the Court's Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | rf |